ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAILYN HALL,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>  Defendants. | CASE NO. 2:20-cv-00614-APG-BNW<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Greenberg Traurig, LLP as counsel of record in this action in place and stead of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135, (702) 792-3773.

/ / /

/ / /

/ / /

/ / /

/ / /

1

*ACTIVE 49970194v1*

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 23rd day of April 2020.

**C. R. BARD, INC.**
Defendant

**BARD PERIPHERAL VASCULAR, INC.**
Defendant

By: */s/ Greg A. Dadika*
  Its:  Associate General Counsel, Litigation

By: */s/ Greg A. Dadika*
  Its:  Associate General Counsel, Litigation

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 23rd day of April 2020.

NELSON MULLINS

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6155

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 23rd day of April 2020.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

**IT IS SO ORDERED**

**DATED: April 24, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*ACTIVE 49970194v1*

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 23, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

>David M. Langevin
>Rhett A. McSweeney
>MCSWEENEY LANGEVIN LLC
>2116 2nd Avenue S
>Minneapolis, MN 55404
>612−746−4646
>Email: dave@westrikeback.com
>ram@westrikeback.com
>***Attorneys for Plaintiff***

　　　　　　　　　　　　　　　　　　　　　　/s/ *Evelyn Escobar-Gaddi*
　　　　　　　　　　　　　　　　　　　　An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

3

ACTIVE 49970194v1