# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gailyn Hall, <br><br>          Plaintiff, <br>v. <br><br>C.R. Bard Incorporated, et al., <br><br>          Defendants. | Case No. 2:20-cv-614-APG-BNW <br><br>**ORDER** <br><br>(ECF No. 23) |

      On May 21, 2020, attorney David Langevin filed verified petition for permission to practice in this case. ECF No. 23. The petition did not include a certificate of good standing. I acknowledge that some states are withholding or delaying issuance of such certificates due to the COVID-19 pandemic. Accordingly, the petition is approved temporarily, but the movant must file a certificate of good standing as soon as he can obtain one from the appropriate state bar.

      Dated: May 22, 2020.

                                                            _____ <br>
                                                           ANDREW P. GORDON <br>
                                                           UNITED STATES DISTRICT JUDGE