# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAILYN HALL,<br><br>　　Plaintiff<br><br>v.<br><br>CR BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　Defendants | Case No.: 2:20-cv-00614-APG-BNW<br><br>**Order Transferring Case to the Court's Northern Division** |

　　In light of plaintiff Gailyn Hall's response to the order to show cause (ECF No. 27),

　　I ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

　　DATED this 27th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE