1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8                                                    )        Case #3:20cv-00313-LRH-CLB
                                                     )
9    GAILYN HALL,                                    )
                                                     )        **VERIFIED PETITION FOR**
10              Plaintiff(s),                         )        **PERMISSION TO PRACTICE**
                                                     )        **IN THIS CASE ONLY BY**
11        vs.                                         )        **ATTORNEY NOT ADMITTED**
                                                     )        **TO THE BAR OF THIS COURT**
12   C. R. BARD, INC.; BARD PERIPHERAL               )        **AND DESIGNATION OF**
     VASCULAR, INCORPORATED,                         )        **LOCAL COUNSEL**
13                                                    )
                Defendant(s).                        )
14                                                    )        FILING FEE IS $250.00

15

16          _____Christopher J. Neumann_____, Petitioner, respectfully represents to the Court:
                      (name of petitioner)

17        1.      That Petitioner is an attorney at law and a member of the law firm of
18   _____Greenberg Traurig, LLP_____
                                          (firm name)
19
     with offices at _____1144 15th Street, Suite 3300_____,
20                                          (street address)

21   _____Denver_____, _____Colorado_____, ___80202___,
              (city)                    (state)              (zip code)
22
         ___303-572-6500___, ___neumannc@gtlaw.com___.
23        (area code + telephone number)        (Email address)

24        2.      That Petitioner has been retained personally or as a member of the law firm by
25   _C. R. Bard, Inc., Bard Peripheral Vascular, Inc._ to provide legal representation in connection with
                      [client(s)]
26
     the above-entitled case now pending before this Court.
27

28                                                                                    Rev. 5/16

3.     That since _____10/30/1998_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Colorado_____
                                                                                      (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.  See Exhibit A

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US. District Court for the District of Colorado | December 15, 1998 | 785900 |
| U.S. District Court, District of Columbia | June 4, 2007 | CO0044 |
| U.S. Court of Appeals, Tenth Circuit | May 6, 1999 | |
| U.S. Court of Appeals, Ninth Circuit | September 15, 2016 | |
| U.S. Court of Appeals, Eighth Circuit | May 2002 | |
| U.S. Court of Appeals, District of Columbia | May 2010 | |
| State of Colorado | October 30, 1998 | 29831 |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

```
None
```

7.      That Petitioner is a member of good standing in the following Bar Associations.

```
American Bar Association
Colorado Bar Association
```

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Exhibit B | | | |
| | | | |
| See Exhibit C | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                           _____

    STATE OF _____Colorado_____ )            Petitioner's signature

5                                        )

    COUNTY OF _____Denver_____ )

6

7       _____Christopher J. Neumann_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                    _____

                                                 Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _____day of_____, _____.

13  _____See attached_____

                Notary Public or Clerk of Court

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

        **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Eric W. Swanis_____,

19                                                  (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

22

23  _____Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600_____,

                               (street address)

24  _____Las Vegas_____, _____Nevada_____, _____89135_____,

25               (city)                      (state)          (zip code)

26  _____702-792-3773_____, _____swanise@gtlaw.com_____.

    (area code + telephone number)        (Email address)

27

28                                     4                                  Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Eric W. Swanis _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Greg A. Dadika
(party's signature)

Greg A. Dadika
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/  Eric W. Swanis
Designated Resident Nevada Counsel's signature

6840                          swanise@gtlaw.com
Bar number                   Email address

APPROVED:
DATED this 20th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Subscribed, signed and sworn to (or affirmed) before me in the county of _Denver_
_____, State of Colorado, this _15th_ day of _July_, 20_20_
by _Christopher J. Neumann_ (name(s) of individual(s) making statement).

_Gina Spruitenburg_
Gina Arlene Spruitenburg

Title of Office: Notary Public

My Commission Expires: _July 26, 2023_

STAMP

GINA ARLENE SPRUITENBURG
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194028313
MY COMMISSION EXPIRES JUL 26, 2023

# EXHIBIT A



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## CHRISTOPHER J NEUMANN

was admitted to practice in this court on
December 15, 1998
and is in good standing with no disciplinary history.

Dated: June 17, 2020

_Jeffrey P. Colwell_
Jeffrey P. Colwell, Clerk





# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, *Cheryl Stevens* Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**CHRISTOPHER JOHN NEUMANN**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _____ 30th _____

day of _____ *October* _____ A. D. _____ *1998* _____ and that at the date hereof

the said _____ **CHRISTOPHER JOHN NEUMANN** _____

is in good standing at this Bar.



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

*17*th day of _____ **June** _____ A. D. _____ **2020**

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## CHRISTOPHER   NEUMANN

was, on the ____4th____ day of _____June_____ A.D. ___2007___ admitted   to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ___23rd___ day of _____June_____

A.D. ___2020___.



**ANGELA D. CAESAR,** CLERK

By: _Tanisha Jefferson_

**Deputy Clerk**

EXHIBIT B

**EXHIBIT B**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**Christopher J. Neumann's Filed Petitions for Permission to Practice**
**in This Case Only by Attorney Not Admitted to the Bar of This Court**

| CASE NAME/STATUS | CASE # | DATE FILED/GRANTED [DKT. NO.] |
|---|---|---|
| Cardona v. C. R. Bard, Inc., et al./ **Dismissed** | 2:19-cv-01573-KJD-BNW | Filed 10/4/19 [12]; Granted 10/7/19 [13] |
| Freeman v. C. R. Bard, Inc., et al. | 2:19-cv-01572-RFB-BNW | Filed 10/4/19 [12]; Granted 10/9/19 [13] |
| Gita v. C. R. Bard, Inc., et al. | 3:20-cv-00252-MMD-BNW | |
| Hrnciar v. C. R. Bard, Inc., et al. | 2:19-cv-01872-RFB-BNW | Filed 11/20/19 [11]; Granted 11/21/19 [12] |
| Johnston v. C. R. Bard, Inc., et al. | 3:20-cv-00069-MMD-BNW | Filed 11/20/19 [16]; Granted 11/21/19 [17] |
| Orgill v. C. R. Bard, Inc., et al. | 2:19-cv-01882-RFB-BNW | Filed 11/20/19 [12]; Granted 11/21/19 [13] |
| Scholer v. C. R. Bard, Inc., et al./ **Dismissed** | 2:19-cv-01568-KJD-BNW | Filed 10/4/19 [15]; Granted 10/16/19 [16] |
| Sekuler v. C. R. Bard, Inc., et al. | 2:19-cv-01568-KJD-BNW | Filed 10/4/19 [13]; Granted 10/22/19 [16] |
| Spilotro/Duenas v. C. R. Bard, Inc. | 2:19-cv-01586-KJD-BNW | Filed 10/3/19 [11]; Granted 10/7/19 [14] |
| Tilden v. C. R. Bard, Inc., et al./ **Dismissed** | 2:19-cv-01571-JAD-DJA | Filed 10/4/19 [19]; Granted 10/7/19 [20] |
| Vanbiber v. C. R. Bard, Inc., et al. | 2:19-cv-01884-KJD-BNW | Filed 11/20/19 [10]; Granted 11/22/19 [11] |
| Womack v. C.R. Bard, Inc., et al. | 2:19-cv-01881-JCM-BNW | Filed: 11/20/19 [10]; Granted 1/22/19 [11] |
| Woods v. C. R. Bard, Inc., et al. | 2:19-cv-01583-RFB-BNW | Filed 10/4/19 [13]; Granted 10/9/19 [14] |
| | | |
| Buran v. C. R. Bard, Inc., et al. | 2:20-cv-00608-GMN-BNW | Filed 07/15/20 |
| Custer v. C. R. Bard, Inc., et al. | 3:20-cv-00302-MMD-BNW | Filed 07/16/20 |
| Hall v. C. R. Bard, Inc., et al. | 3:20-cv-00313-LRH-CLB | Filed 07/16/20 |
| Patchman v. C. R. Bard, Inc., et al. | 2:20-cv-00599-KJD-BNW | Filed 07/16/20 |

EXHIBIT C

1

2

**EXHIBIT C**

3

4

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

5

6  GAILYN HALL,

CASE NO.: 3:20-cv-00313-LRH-CLB

7                              Plaintiff,

**AFFIDAVIT IN SUPPORT OF**

8        v.

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE IN THIS**

9  C. R. BARD, INCORPORATED and BARD

**CASE ONLY BY ATTORNEY NOT**
**ADMITTED TO THE BAR OF THIS**

10  PERIPHERAL VASCULAR,
   INCORPORATED,

**COURT AND DESIGNATION OF**
**LOCAL COUNSEL**

11

12                              Defendants.

13

14

15  STATE OF COLORADO    )
                        )

16                        )        ss:
                        )

17  COUNTY OF DENVER    )

18

19

20        I, CHRISTOPHER J. NEUMANN, being first duly sworn upon my oath, depose and

21  state as follows:

22        1.        I file this Affidavit pursuant to Local Rule IA 11-2(f)(2).  I am a shareholder

23  with the law firm of Greenberg Traurig, LLP ("GT").  GT was retained by Defendants C. R.

24  Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Defendants" or "Bard") to provide

25  them legal representation for the many cases remanded to this District, and hundreds of others

26  remanded in other states, from the Multi-District Litigation proceeding styled *In re: Bard IVC*

27  *Filter Litigation*, No. 2:15-MD-02641-DGC, pending before Senior Judge David Campbell

28  of the District of Arizona (the "MDL").

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002

To date, there have been two rounds of remands from the District of Arizona MDL to the District of Nevada. In the first round of remands on August 20, 2019, fourteen (14) cases were remanded to this District. In the second round of remands on October 17, 2019, ten (10) cases were remanded to this District. In the third round of remands on March 20, 2020, thirteen (13) cases were remanded to this District. The above-captioned case was in the third round of remands to this District. *See Second Amended Suggestion of Remand and Transfer Order* (Third) (Dkt. 5.) More remands are expected in the future.

2.     I am a member in good standing of the State Bar of Colorado, where I regularly practice law. I am also admitted to practice before the United States District Courts for the District of Colorado and the District of Columbia, and several U.S. Circuit Courts of Appeal. *See* Verified Petition, No. 4.

3.     I am co-counsel in this action and several of the other MDL remands to this Court with Eric W. Swanis, who is a member of the State Bar of Nevada and a GT shareholder who resides and practices law in Nevada.

4.     Due to the number and timing of the MDL remands to this Court, I have filed numerous applications to practice *pro hac vice* before this Court under Local Rule IA 11-2. I have identified all actions in which I have filed *pro hac vice* applications to appear as counsel during the past three years. *See* Verified Petition, Exhibit B. All these actions are remands from the MDL.

5.     My firm has extensive experience in medical device products liability actions and represents Bard in remands of IVC filter litigation across the country. I also have had extensive interactions with client representatives concerning the facts underlying this matter and am familiar with the facts and client-specific legal strategies pertinent to this litigation.

6.     The granting of my Verified Petition serves the ends of justice by ensuring that the interests of Bard are thoroughly represented by the persons most knowledgeable about the litigation.

7.     I therefore submit this Affidavit to establish special circumstances and good cause to permit Bard to be defended in this matter by its counsel of choice. In my judgment, Bard would be deprived of these benefits if I were unable to represent it in this litigation.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

8.   For all foregoing reasons, there are special circumstances and good cause that warrant the granting of my Verified Petition.


FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 15 day of July 2020.

_____
CHRISTOPHER J. NEUMANN, ESQ.

SUBSCRIBED AND SWORN to before me this

_____ day of _____, 2020.

_See attached_____
Notary Public or Clerk of Court

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Subscribed, signed and sworn to (or affirmed) before me in the county of _Denver_
_____, State of Colorado, this _15th_ day of _July_, 20_20_,
by _Christopher J. Neumann_ (name(s) of individual(s) making statement).

_Gina Spruitenburg_
Gina Arlene Spruitenburg

Title of Office: Notary Public

My Commission Expires: _July 26, 2023_

STAMP

GINA ARLENE SPRUITENBURG
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194028313
MY COMMISSION EXPIRES JUL 26, 2023