UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GAILYN HALL<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC.<br><br>　　　　Defendants. | Case No. 3:20-cv-00313-LRH-CLB |

### PLAINTIFF'S AMENDED MOTION TO WITHDRAW APPEARANCE BY RHETT A. MCSWEENEY

Plaintiff Gailyn Hall, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above captioned case was initially filed directly in the United States District Court for the District of Arizona as part of MDL 2641 and was originally captioned *Hall v. C.R. Bard, Inc., et al*, 2:18-cv-04816.

2. This case was transferred to this Court by the District of Arizona on March 31, 2020 (Dkt. 7).

3. David M. Langevin and Rhett A. McSweeney, from the law firm McSweeney Langevin, previously appeared on Gailyn Hall's behalf while this case was pending in the MDL

4. Now, since this case is remanded from the MDL to this Court, David M. Langevin has been admitted to practice *pro hac vice* in this case (Dkt. 24).

5. David M. Langevin was granted his admission in this matter on May 22, 2020 and entered his appearance in this case on July 1, 2020.

    6.    Accordingly, David M. Langevin hereby requests leave to withdraw the appearance of Rhett A. McSweeney.

Dated: September 11, 2020                              Respectfully submitted,

                                                          */s/ David M. Langevin*
David M. Langevin
McSweeney Langevin
2116 Second Avenue South
Minneapolis, MN 55404
(612) 746-4646
(612) 454-2678
dave@westrikeback.com
filing@westrikeback.com

**ATTORNEY FOR PLAINTIFF.**

IT IS SO ORDERED.

Dated: September 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing document has been served on the following counsel via the Court's CM/ECF filing system and has been sent via U.S. mail to Plaintiff Gailyn Hall on the 11th day of September, 2020.

              */s/ David M. Langevin*
              David M. Langevin