1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| GAILYN HALL, | Case No. 3:20-cv-00313-LRH-CLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |
| v. | |
| C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS SO STIPULATED.**

DATED this 12th day of April 2021.

| MCSWEENEY LANGEVIN, LLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ David M. Langevin<br>DAVID M. LANGEVIN, ESQ.<br>*Admitted Pro Hac Vice*<br>dave@weststrikeback.com<br>filing@weststrikeback.com<br>2116 Second Ave. South<br>Minneapolis, Minnesota 55404<br>Telephone: (612)746-4646<br>Facsimile: (612) 454-2678<br><br>KRISTIE L. FISCHER<br>Nevada Bar No. 11693<br>2565 Coral Sky Court<br>Las Vegas, Nevada 89142<br>fischer.kristie@gmail.com<br>(702) 218-0253<br><br>*Counsel for Plaintiffs* | By: /s/ Eric W. Swanis<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>swanise@gtlaw.com<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, Nevada 89135<br><br>CHRISTOPHER J. NEUMANN, ESQ.<br>*Admitted Pro Hac Vice*<br>1144 15th Street, Suite 3300<br>Denver, Colorado 80202<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED.**

DATED this 19th day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2